JUN 6 2001

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

SAFECO INSURANCE COMPANY,
a Washington Corporation

     Plaintiff,

     vs.

CRESCO LINES, INC, an Illinois Corporation,
WARDLAW TRUCKING, INC., a South Carolina
Corporation, DAN EASLEY TRUCKING, a California
Company, TRANSPORT RPM, INC., a Canadian Corporation,
TUMBLEWEED OF VICKSBURG, INC., a Mississippi
Corporation, MITCHELL BROS. TRUCK LINE, INC.,
a Washington Corporation, DALE FARRIER TRUCKING,
LLC., a California Limited Liability Corporation, MAT
TRANSPORTATION, INC., an Oregon Corporation, TRIPLE
B&J TRUCKING, INC., an Arkansas Corporation,
INTEGRITY EXPRESS, LLC, an Alabama Limited Liability
Corporation, KELWORTH TRUCKING CO.,
an Oklahoma Corporation, L COMBS TRUCKING, INC.,
an inactive Kentucky Corporation, DLC TRANSPORT INC., an
Ohio Corporation, TEXAS FREIGHT SERVICES INC., a
Texas Corporation, COLLINS INDUSTRIES, INC., a Georgia
Corporation, WAYNE KELLEY TRUCKING, INC., an
Arkansas Corporation, MIKE THOMPSON TRUCKING, INC.
d/b/a MAT II TRANSPORTATION, INC., an Oregon
Corporation, BIERI TRUCKING, INC., an Iowa
Corporation, LOCK TRUCKING INC, a Wyoming Company,
JDT INC., an Alabama Corporation, LEAVITT'S RELOAD
SERVICE, INC., an Oregon Company, E.A. HOLDER,
INC., a Texas Corporation, SENSKE LOGISTICS, INC., a North
Dakota Corporation, NOBLE & PITTS INC., an Alabama
Corporation, EAST WEST MOTOR EXPRESS, INC., a South
Dakota Corporation, J.W. TRUCKING, INC., a Kansas
Corporation, HEDING TRUCK SERVICE, INC., a Wisconsin
Corporation, JRC TRANSPORTATION, INC., a Connecticut
Corporation, CPS TRUCKING, INC., a Georgia Corporation,
ALPINE TRANSPORTATION, INC., an inactive Washington
Corporation, HUNT TRANSPORTATION, INC. a Nebraska

01C 4192

No.

1 — 1

Corporation, MORGAN VAN LINES, INC., a Mississippi )
Corporation, WINJEAN TRUCKING CO., a West Virginia )
Corporation, HEDRICK TRUCKING, LLC., a Washington )
Limited Liability Company, ELLIS, LLC, a Kentucky Limited )
Liability Corporation, PIQUA TRANSFER & STORAGE )
COMPANY, an Ohio Company, DOUBLE O, INC., an )
inactive Nebraska Corporation, R.A. A TRANS., INC., a )
Maine Corporation, LAREDO TRUCKING INC., an Ohio )
Corporation, GARDNER TRANSPORT, INC., an Indiana )
Corporation, STYERS, MICHAEL TRUCKING, INC, )
a Pennsylvania Corporation, GARRISON, R E TRUCKING )
INC., an Alabama Corporation, PACH TRUCKING INC, a )
New Jersey Corporation, LOAD-N-GO TRUCKING, )
INC., an Illinois corporation, CARLEN TRANSPORT INC., a )
Maine Corporation, LYNN DOLLINS TRUCKING, a Texas )
Company, BRANDON EXPRESS, INC., a Michigan )
Corporation, RON MARQUESS, INC., a Texas Corporation, )
HOT-Z FOOD MARTS, INC., a Virginia Company, )
CLAYBORN TRUCKING COMPANY, INC, an Arkansas )
Corporation, H&M TRUCKING, a inactive Texas Corporation, )
C & J TRANSPORTATION OF CENTRAL MICHIGAN, )
INC., a Michigan Corporation, CAVEMAN TRUCKING, )
INC., a Texas Corporation, MITCHELL BROS. TRUCK )
LINE, INC., a Washington Corporation, TCB EXPRESS )
WAGON LOADERS, a Minnesota Company, IFS )
INTERNATIONAL FREIGHT SYSTEMS (U.S.), INC., a )
Michigan Corporation, JAMES GANG ENTERPRISES INC., a )
Colorado Corporation, BECKER AGGREGATE TRUCKING, )
INC., a Minnesota Corporation, LOCK TRUCKING INC., a )
Wyoming Corporation, G&R TRANSPORT, INC., a Wisconsin )
Corporation, WINJEAN TRUCKING CO., a West Virginia )
Corporation, ROBINSON EXPRESS, INC., a dissolved )
Missouri Corporation, J R P TRANSPORTATION SERVICES, )
INC., a Texas Corporation,, SENN FREIGHT LINES, INC., )
a South Carolina Corporation, R S D TRANSPORTATION, )
INC., a New Hampshire Corporation, YOWELL )
INTERNATIONAL, an inactive Florida Corporation, DEVALL )
TRUCKING, INC., a Nebraska Corporation, WARREN )
HAULING, INC., an Arkansas Corporation, MHART )
EXPRESS, INC, an Indiana Corporation, RHINO EXPRESS )

2

DELIVERY, LLC, a Tennessee Limited Liability Corporation, )
DARAN, INC., a Minnesota Corporation, EQUITY )
TRUCKING COMPANY, a Texas Corporation, FLAVIAN )
VEIK TRUCKING, INC, a Nebraska Corporation, AERO )
TRANSPORTERS INC., a New York Corporation, TED )
OLSON ENTERPRISES, INC., a Nebraska Corporation, )
TOWNSEND AGRICULTURAL SERVICES, INC., a )
Wyoming Company, EXPRESS AIR CARGO, a Missouri )
Company, DJS TRUCKING EXPRESS, INC., a Michigan )
Corporation, NORTHERN TIER TRANSPORT, INC., a New )
Hampshire Corporation, KENNEBEC VALLEY TRANSPORT, )
INC., a Maine Corporation, ROB SMITH TRANSPORTING, )
INC., a Michigan Corporation, TRAND, INC., a Kansas )
Corporation, LOWREY TRANSPORTATION LLC, a )
Colorado Limited Liability Corporation, KAISER TRANSPORT, )
INC., a Wisconsin Corporation, BNT TRUCKING )
BROKERAGE d/b/a CANDLES TRUCKING, a Montana )
Corporation, LARRY FOWLER TRUCKING, INC. an inactive )
Arkansas Corporation, VOSOTROS, INC., )
d/b/a MILLENIUM TRANSPORT & MANAGEMENT, a )
Nevada Corporation, DOAK TRANSPORTATION, INC., a New )
Mexico Corporation, CORWYN TRANSPORT, LTD., a )
Wisconsin Corporation, METEOR EXPRESS, INC., an Alabama )
Corporation, COOMES, INC., an inactive Kansas Corporation, )
VOGELTRUCKING, INC., an Indiana Corporation, MILLER )
& SONS TRUCKING, INC., a New Mexico Corporation, )
DEBOER O/O, INC., a Wisconsin Corporation, GULICK )
TRUCKING, INC., an Oregon Corporation, TMT LOGISTICS, )
INC., a Colorado Corporation, TR TRUCKING, INC., a New )
Mexico Corporation, DAWS, INC., a Nebraska Corporation, )
SUDBURY TRANSPORTATION, INC., a Mississippi )
Corporation, KEN COMPTON, JR. TRUCKING, INC., a )
Wisconsin Corporation, HAYES TRANSPORT INC., an )
inactive Wisconsin Company, JANIE B. TRANSPORTATION, )
INC., a Texas Corporation, ELITE TRANSPORTATION, INC., )
a canceled Ohio Corporation, RHINO TRANSPORT U.S.A. )
INC., a Vermont Corporation, M S S TRANSPORT, INC., a )
Kansas Corporation, B-RIGHT TRUCKING COMPANY, an )
Ohio Company, STAGECOACH EXPRESS, INC., a )
Minnesota Corporation, D & N TRUCK LINES, INC., a )

3

Maine Corporation, STANDARD CORPORATION,  )
a South Carolina Corporation, K & K TRUCKING, INC.,  )
a Pennsylvania Corporation, W. B. CUDDEBACK  )
INCORPORATED, a California Corporation,  )
ENGLES TRUCKING SERVICES, INC., a  )
Pennsylvania Corporation, TEMPLE TRUCKING SERVICES,  )
INC. d/b/a REDLINE LOGISTICS, an Indiana  )
Corporation, ELLIS STEEL COMPANY, INC., a  )
Mississippi Corporation, J.R. CHRISTONI INC., a Connecticut  )
Corporation,  )
                                                              )
                                    Defendants.  )

## INTERPLEADER COMPLAINT

Plaintiff, Safeco Insurance Company, (hereinafter "Safeco"), by its attorneys, Michael J. Weber, John E. Sebastian, and Leo & Weber, P.C., pursuant to 28 U.S.C.A. §1335, complains of the defendants as follows:

### PARTIES

1.   Plaintiff, Safeco, is an Washington corporation with its principal place of business in Seattle, Washington.

2.   The defendant Cresco Lines, Inc. ("Cresco") is an Illinois corporation with its principal place of business in Harvey, Illinois,

4

3. The defendant WardLaw Trucking, Inc. is a South Carolina corporation with its principal place of business in Anderson, South Carolina, and the other defendants are corporations with their principal place of business in numerous other states.

## JURISDICTION AND VENUE

4. This court has jurisdiction over this cause under 28 U.S.C. § 1335, §1367, and §1332 in that (a) this is an action of interpleader in which two or more adverse claimants, of diverse citizenship, are claiming to be entitled to benefits under surety bonds issued by Safeco with each bonds' respective penal limit is in excess of $500.00.

5. Venue is proper in this Court under 28 U.S.C. §1397 because an interpleader action under 28 U.S.C. § 1335 may be brought in the judicial district in which one or more of the claimants reside and the defendant Cresco resides in this District.

## FACTS COMMON TO ALL COUNTS

6. Pursuant to the Interstate Commerce Act (49 U.S.C. §10927), Safeco issued numerous property broker bonds (the "Bonds") on behalf of the following principals: Advanced Distribution System, Inc., ("Advanced"); Roadrunner Enterprises, Inc. ("Roadrunner"); Eck Miller, Inc. ("Eck Miller"); Inet Logistics, Inc. ("Inet"); and Roadrunner Distribution Services, Inc. ("Roadrunner Distribution"). The bonds guaranteed the payment obligations of these principals to motor carriers that the principals engaged during the effective period of the bond -

subject to the penal limits of each respective bond. (Copies of the Bonds are attached hereto as Group Exhibit "A").

7. The bonds were canceled by Safeco in accordance with the cancellation provisions provided for in the Bonds. (See termination letters, attached hereto as Group Exhibit "B"). As indicated on the termination letters, the Bonds were in effect during the following periods:

(a) Advanced bond, Bond No. 5880525 issued on December 12, 1997, cancellation effective as of February 1 , 2001.

(b) Eck Miller, Bond No. 5880522 issued on December 12, 1997, cancellation effective as of February 1, 2001.

(c) Roadrunner, Bond No. 5880532 issued on January 14, 1998, cancellation effective as of February 1, 2001.

(d) Inet Logistics, Bond No. 5880523 issued on December 12, 1997, cancellation effective as of February 1, 2001.

(e) Roadrunner Distribution, Bond No.: 5880533 issued on January 14, 1998, cancellation effective as of February 1, 2001

8. Each bond was issued with the penal limit in the amount of $10,000.

9. In December 2000, Safeco started receiving claims from numerous motor carriers asserting claims for unpaid services allegedly performed by the motor carrier in connection with an agreement with the respective principal. Safeco continues to receive demands on the Bonds

from claimants. (A list of all the claims received, as of March, 2001, per each respective bond and principal is attached hereto as Exhibit "C").

10.    The current claims asserted against each bond may exceed or do exceed the penal limit of each Bond.

11.    Because the claims asserted and the future claims that may be asserted may exceed or do exceed the penal limit of the Bonds, Safeco cannot determine which defendants are entitled to payment or the amount that may be owed to a claimant.

### Count I
### Claims Against Bond Number 588025 - Advanced Distributions Systems, Inc.

12.    Plaintiff realleges and incorporates paragraphs 1-11 herein as paragraph 12.

13.    Safeco issued Bond Number 588025 on behalf of Advanced, as principal, in favor of the United States in the penal amount of $10,000.

14.    As indicated on the attached summary of claims, Safeco has received claims against Bond Number 588025 from the following defendants:

| Claimant | Contact | Amount |
|---|---|---|
| J.W. Trucking<br>2307 W. Seventh St<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Susan Lewis<br>316/342-1080<br>312/342-1464 (f) | $788.04 |
| J.W. Trucking<br>2307 W. Seventh St<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Susan Lewis<br>316/342-1080<br>312/342-1464 (f) | $813.04 |

| | | |
|---|---|---|
| Load-N-Go Trucking, Inc.<br>19724 Stratford Lane<br>Mt. Vernon, IL 62864 | Mary<br>618/755-4445<br>618/755-4570 | $610.00 |
| Carlen Transport<br>81 Mecaw Road<br>Bangor, Maine 04401 | Carol Peters<br>207/990-4507<br>207/945-5742(f) | $5,630.77 |
| Lynn Dollins Trucking<br>9031 Miller Road, No.2<br>Houston, Texas 77049 | Lynn Dollins<br>281/456-2077<br>281/456-0275(f) | $3,854.50 |
| Ron Marquess, Inc<br>3593 FM 279<br>Ben Wheeler, TX 75754. | Michelle Jay<br>903/833-1033<br>903/833-5236 | $3,618.00 |
| Cresco Lines, Inc.<br>15220 S. Halsted Street<br>Harvey, IL 60426 | Marirose J. Germick<br>708/596-8310<br>800/323-4476 | $2,403.97 |
| WardLaw Trucking, Inc.<br>1025 Country View Road<br>Anderson, SC 29621 | Debbie Wardlaw<br>864/226-9094<br>864/226-8448(f) | $1,068.64 |
| Hot-Z<br>P.O. Box 1689<br>1412 Mill Race Drive<br>Salem, Virginia 24153 | Becki Holody<br>540/375-6501<br>540/375-6506 (f) | $1,360.00 |
| Clayborn Trucking Co.<br>1600 North 4th<br>Fort Smith, AR 72901 | Cindy Tune<br>501/785-1030<br>501/785-0900 (f) | $250.00 |
| Tumbleweed, Inc.<br>P.O. Box 821821<br>Vicksburg, MS 39182-1821 | Vicki Tedder<br>800/844-1387 | $450.00 |
| Cresco Lines, Inc.<br>15220 S. Halsted Street<br>Harvey, IL 60426 | Marirose J. Germick<br>708/596-8310<br>800/323-4476<br>708/596-9759 (f) | $1,200.00 |

| | | |
|---|---|---|
| H & M Trucking<br>HC01 Box 687A<br>Goodrich, TX 77335<br>936/967-0077 | Delores Dunn<br>RTS Financial Service<br>8360 Halsey<br>Lenexa, Kansas 66215<br>800/860-7926<br>913/492-1998(f) | $2,152.50 |
| C&J Transportation<br>5195 East River Road<br>Mt. Pleasant, MI 48858 | Kami Williams<br>517/772-2101<br>517/773-1673(f) | $1,025.00 |
| Caveman Trucking, Inc.<br>24704 I-45 N., Suite 106<br>The Woodlands, TX 77386 | John Hill<br>877/219-3301<br>281/367-6629(f) | $600.00 |
| Mitchell Bros. Truck Line Inc.<br>600 S.E. Maritime Avenue<br>#100 Bldg. #3<br>Vancouver, WA 98661 | Betty J. Cooke<br>360/693-7477<br>800/228-4702<br>360/750-7597(f) | $7,780.00 |
| TCB Express Wagon Loaders | James W. Harris, Esq.<br>P.O. Box 185<br>6878 N. U.S. Hwy 61<br>Blytheville, AR 72315<br>870/762-6900<br>870/762-2623(f) | $575.00 |
| International Freight Systems<br>6875 Middlebelt Road<br>Romulus, MI 48174 | | $1,771.90 |
| James Gang<br>P.O. Box 3592<br>Springfield, MO 65806 | 417/865-1493<br>417/865-1440(f) | $1,279.68 |
| Becker Aggregate Trucking<br>P.O. Box 249<br>Pierz, MN 56364 | Gordon Becker<br>320/468-2843<br>320/468-0250(f) | $352.60 |
| Lock Trucking, Inc.<br>1003 16th Street<br>Wheatland, WY 82201 | Norman Locke<br>307/322-2640<br>307/322-2646(f) | $450.00 |
| G&R Transport, Inc.<br>4703 Lilac Avenue<br>Wausau, WI 54401 | Kristine F. Leggett<br>715/359-0458<br>800/826-1446<br>715/355-4829 | $894.40 |

| | | |
|---|---|---|
| Winjean Trucking<br>Rte. 2, Box 711<br>Summerville, WV 26651 | Betty McHenry<br>304/872-4725<br>304/872-4749(f) | $634.26 |
| Robinson Express, Inc.<br>P.O. Box 492<br>Hazelwood, MO 63042 | Linda Sproat<br>314/921-5462<br>314/921-0787 (f) | $357.00 |
| J R P Transportation, Inc.<br>Services, Inc.<br>Attn.: Ray Peters<br>P.O. Box 79410<br>Fort Worth, TX 76179-0410<br>817/498-6181 | Suzy Quintana<br>Bond Specialist<br>Compunet<br>P.O. Box 710<br>Lake Havasu City, AZ 86506<br>800/872-3748<br>520/680-9449 x248<br>520/680-4382 (f) | $1,655.26 |
| Senn Freight Lines, Inc.<br>P.O. Box 1191<br>Newberry, SC 29108 | Candace Bouknight<br>803/321-1611<br>803/321-1887 | $650.00 |
| Tumbleweed, Inc.<br>P.O. Box 821821<br>Vicksburg, MS 39182-1821 | Vicki Tedder<br>800/844-1387<br>601/634-8008 (f) | $450.00 |
| RSD Transportation, Inc.<br>601 Old River Road<br>White River JCT, VT 05001<br>Bruce Eld<br>802/295-7743 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449<br>520/680-4382(f) | $532.00 |
| Yowell International<br>1 Air Cargo Place, #3<br>Melbourne, FL 32901<br>Holly Stahl, Acct. Manager<br>321/725-3611 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x 202<br>520/680-4382 (f) | $1,428.00 |
| Devall Trucking, Inc.<br>P.O. Box 848<br>Grand Island, NE | Sheree Haase<br>308/395-8559<br>308/395-8573(f) | $608.88 |
| Senn Freight Lines, Inc.<br>P.O. Box 1191<br>Newberry, SC 29108 | Candace Bouknight<br>803/321-1611 | $650.00 |

| | | |
|---|---|---|
| Warren Hauling, Inc.<br>905 N. Church<br>Atkins, AR 72823<br>501/641-1968<br>501/641-8870(f) | Sonia Lucas<br>Exchange Capital Corp.<br>P.O. Box 56020<br>Little Rock, AR 72215<br>501/227-8148<br>501/227-4502(f) | $760.00 |
| Mhart Express Inc.<br>315 Washington Street<br>PO Box 192<br>Hope, IN 47246-0192 | Kathy Sanders<br>812/546-5010<br>800/457-7441<br>812/546-0404(f) | $423.68 |
| Rhino Express Delivery<br>1901 E. 29th Street<br>Chattanooga, TN 37407 | Derek Belk<br>423/624-8416<br>423/629-7585(f) | $773.94 |
| Da Ran, Inc.<br>PO Box 134<br>Zimmerman, MN 55398<br>Julie Bolling<br>763/856-4000 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $376.00 |
| Equity Trucking Company<br>10315 Sheldon Road<br>Houston, TX 77049<br>Debbie Forman<br>800/558-8464 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449(f) | $3,137.47 |
| Flavian Veik Trucking, Inc.<br>PO Box 157<br>Humphrey, NE 68642<br>Monica Veik<br>402/923-9267 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $812.00 |
| Aero Transporters, Inc.<br>P.O. Box 551<br>Ellenville, NY 12428-0551 | Allison<br>845/647-7500<br>845/647-7549 (f) | $734.00 |
| Ted Olson Enterprises, Inc.<br>P.O. Box 517<br>Atkinson, NE 68713 | Dan Ryan<br>402/842-4220 | $378.40 |
| Doak Transport Inc.<br>P.O. Box 15087<br>Las Cruces, MN 88004 | Scott E. Christianson<br>505/526-3188<br>505/523-4945 | $25,710.00 |

| | | |
|---|---|---|
| Brandon Express, Inc.<br>9478 N. Platt Road<br>Milan, MI 48160 | Dawn Poole<br>734/429-0479<br>734/429-0879 (f) | $1,010.09 |
| B-Right Trucking Company<br>492 McClurg Rd<br>Youngstown, OH 44512 | Rebecca Lang<br>800/772-9280<br>330/758-8323 | $9,263.57 |
| Standard Corporation<br>Integrated Logistics<br>140 Access Road<br>PO Box 280<br>Gaston, SC 29053 | Bobby Rosebrock<br>803/794-0011 | $321.10 |
| D & N Truck Lines, Inc.<br>708 Carvell Road<br>Chapman, ME 04757<br>Attn.: Kenny McCallum<br>207/764-7054 | Carmen Jimenez<br>Bond Specialist<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $396.00 |
| Stagecoach Express, Inc<br>1311 Canton Street<br>Prescott, WI 54021<br>Attn. Mary Paul<br>715/262-4002 | Carmen Jimenez<br>Bond Specialist<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $701.92 |
| J.R. Christoni Inc.<br>P.O. Box 947<br>Wallingford, CT 06492 | Kathryn Catino<br>203/265-0921<br>203/265-7582 (f) | $752.00 |

15.    As of March, 2001, the claims asserted against this bond total $91,443.61.

16.    Because the claims asserted and the future claims that may be asserted against the bond exceed the penal limit of the bond, Safeco cannot determine which defendant is entitled to payment or the amount of payment that should be made to each claimant.

## Count II

### Claims Against Bond Number 588022 - Eck Miller, Inc.

17.     Plaintiff realleges and incorporates paragraphs 1-16 herein as paragraph 17.

18.     Safeco issued Bond Number 5880522 on behalf of Eck Miller, as principal, in favor of the United States in the penal amount of $10,000.

19.     As indicated on the attached summary of claims Safeco has received claims against Bond Number 588022 from the following defendants:

| Claim | Contact | Amount |
|---|---|---|
| Noble & Pitts, Inc.<br>Scottsboro, AL | Andrea Martin<br>TransCredit, Inc.<br>101 Century 21 Dr., Ste 107<br>Jacksonville, FL 32216<br>804/725-8239<br>804/725-1941 (f) | $544.00 |
| East West Motor Express<br>11740 JB Drive<br>Black Hawk, SD 57718 | Annette Fritz<br>605/787-6736<br>800/843-9186<br>605/787-5632 (f) | $800.00 |
| J.W. Trucking<br>2307 W. Seventh St<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Susan Lewis<br>316/342-1080<br>312/342-1464 (f) | $1,289.59 |
| Heding Truck Services<br>P.O. Box 97<br>Union Center, WI 53952 | Heidi Weber<br>608/462-8441<br>608/462-5096(f) | $578.00 |
| JRC Transportation, Inc.<br>47 Mfaple Avenue<br>P.O. Box 366<br>Thomaston, CT 06787 | Kathy A. Berg<br>860/283-0207 x 223<br>860/283-6053 (f) | $5473.00 |
| CPS Trucking, Inc.<br>221 Crane Mill Rd<br>Alto, GA 30510 | Sherry Lomax<br>706/778-1755<br>706/776-2706 | $4,840.00 |

| | | |
|---|---|---|
| Alpine Transportation, Inc.<br>8614 N.E. 55th Ave, Bldg C<br>Vancouver, WA 98665 | Lisa A. Lathrop<br>360/546-0650<br>360/546-0651 (f) | $3,300.00 |
| Integrity Express, LLC<br>2510 Reeves St.<br>Dothan, AL 36303 | Donald Searcy<br>334/792-3344<br>334/792-3544 (f) | $1,105.44 |
| Hunt Transportation<br>10770 I Street<br>Omaha, NE 68127 | Mary E. Ruhe<br>800/228-9279<br>402/339-0789 (f) | $6,239.20 |
| Morgan Van Lines, Inc.<br>P.O. Box 419<br>Booneville, MS 38829 | 662/728-2220 | $2,100.00 |
| Winjean Trucking Co., Inc.<br>Rte. 2, Box 711<br>Summerville, WV 26651 | Betty McHenry<br>304/872-4725<br>304/872-4749(f) | $605.00 |
| JW Trucking<br>2307 W. Seventh St.<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Doreen Waechter<br>800/835-0260<br>316/342-1464(f) | $312.00 |
| JW Trucking<br>2307 W. Seventh St.<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Doreen Waechter<br>800/835-0260<br>316/342-1464(f) | $977.59 |
| Hedrick Trucking, Inc.<br>3424 Long Prairie Road<br>Valley, WA 99181 | Steve Hedrick<br>509/937-2555<br>509/937-2560(f) | $1150.00 |
| Ellis LLC<br>P.O. Box 488<br>Bardstown, KY 40004 | 502/348-5722<br>502/348-3028 | $2,142.64 |
| Piqua Transfer & Storage<br>Company<br>9782 Looney Road<br>P.O. Box 823<br>Piqua, OH 45356 | Damita J. Hoblit<br>937/773-3743<br>937/773-8769 | $992.20 |

| | | |
|---|---|---|
| Double O, Inc.<br>Attn.: Sheila Lewis<br>15899 280th Avenue<br>Columbus, NE 68601<br>402/562-4060 | Suzy Quintana<br>Bond Specialist<br>Computnet<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449 x 248<br>520/680-4382 (f) | $1,600.80 |
| R A A Trans, Inc.<br>Attn: Dennis Lancaster<br>30 Shore Road<br>Lyman, NE 04002<br>207/499-7550 | Carmen Jimenez<br>Bond Specialist<br>Compunet<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449 x. 202<br>520/680-4382 (f) | $500.00 |
| Laredo Trucking Inc.<br>611 Bloomfield<br>Jackson, MI 49203 | 517/787-3316<br>517/787-1229 (f) | $1000.00 |
| Gardner Transportation, Inc.<br>P.O. Box 5458<br>Lake Station, IN 46405 | Jamie Setnor<br>219/939-2320<br>219/939-2326(f) | $531.20 |
| Michael Styers Trucking Inc.<br>P.O. Box 144<br>Frenchville, PA 16836 | Rebecca Rougeux<br>814/263-7120<br>814/263-7206 (f) | $500.00 |
| R.E. Garrison Trucking, Inc.<br>P.O. Box 890<br>Gullman, AL 35056 | Wyles Griffith<br>256/734-1470<br>256/737-9268(f) | $1,399.44 |
| Pach Trucking, Inc.<br>306 24th St.<br>Union City, NJ 07087<br>201/867-6998<br>201/867-6822(f) | Andrea Martin<br>Director of Collections<br>TransCredit Inc.<br>101 Century 21 Dr., Ste 207<br>Jacksonville, FL 32216<br>804/725-2238<br>804/725-1941 (f) | $2,950.00 |
| Engles Trucking Services, Inc.<br>803 Atlantic Ave.<br>Franklin, PA 16323 | 814/437-2499 | 400.00 |

| Ellis Steel Company, Inc.<br>P.O. Box 816<br>West Point, MS 39773 | Jimmy Wood<br>601/494-5955 | $1,026.65 |
|---|---|---|

20.    As of March, 2001, the claims asserted against this bond total $42,356.75

21.    Because the claims asserted and the future claims that may be asserted against the bond exceed the penal limit of the bond, Safeco cannot determine which defendant is entitled to payment or the amount of payment that should be made to each claimant.

## Count III

### Claims Against Bond Number 5880532 - Roadrunner Enterprises, Inc.

22.    Plaintiff realleges and incorporates paragraphs 1-21 herein as paragraph 22.

23.    Safeco issued Bond Number 5880532 on behalf of Roadrunner, as principal, in favor of the United States in the penal amount of $10,000.

24.    As indicated on the attached summary of claims Safeco has received claims against Bond Number 5880532 from the following defendants:

| Claimant | Contact | Claim Amount |
|---|---|---|
| Dan Easley Trucking<br>16633 Spring Gulch Dr.<br>Anderson, CA 96007 | Brenda G. Ellis<br>Transportation Alliance Bank<br>4185 Harrison Blvd, Suite 200<br>Ogden Utah 84403-9902<br>877/664-5503<br>801/334-4818 (f) | $1,921 |
| Transport RPM, Inc.<br>616 Cure Labelle<br>Blainville, Quebec, Canada J7C 2H9 | Angel<br>450/979-3286<br>450/435-8559 (f) | $4,000 |
| Tumbleweed Inc.<br>P.O. Box 821821<br>Vicksburg, MS 39182 | Vicki Tedder<br>800/844-1387 | $1,441.62 |

| | | |
|---|---|---|
| Mitchell Bros. Truck Line Inc.<br>600 S.E. Maritime Ave #100 Bldg. #3<br>Vancouver, WA 98661 | Betty J. Cooker<br>Office Manager<br>360/693-7477<br>800/228-4702<br>360/750-7597 (f) | $3,182.29 |
| Dale Farrier Trucking, LLC<br>P.O. Box 2424<br>Truckee, CA 96160<br>530/587-4329 | Delores Dunn<br>RTS Financial Service<br>8630 Halsey<br>Lenexa, Kansas 66215<br>800/860-7926 | $1,986.00 |
| MAT Transportation, Inc.<br>P.O. Box 492<br>Junction City, OR 97448 | Stephanie Huffman<br>541/998-8955<br>541/998-1544 (f) | $591.00 |
| Triple B&J Trucking, Inc.<br>7627 Highway 367 North<br>Bradford, AR 72020<br>501/344-8344 | Sonia Lucas<br>Exchange Capital Corporation<br>320 Executive Court, Ste 104<br>Little Rock, AR 72215<br>501/227-8148<br>501/227-4502(f) | $4,823.26 |
| Integrity Express, LLC<br>2510 Reeves Street<br>Dothan, AL 36303 | Donald Searcy<br>334/792-3344<br>334/792-3544 (f) | $800.00 |
| Kelworth Trucking Co, Inc.<br>P.O. Box 220<br>Poteau, OK 74953 | Rhonda Hughes<br>918/647-8212 | $13,355.91 |
| L Combs Trucking, Inc.<br>1385 Tar Ridge Road<br>Rogers, KY 41365 | John Hanick<br>Southern Cargo Factors, Inc.<br>2196 Sun Vue Drive, Ste 200<br>Florence, SC 29506-8314<br>843/667-8858<br>843/629-0323 (f) | $1,763.30 |
| DLC Transport Inc.<br>627 Franklin Avenue<br>Steubenville, OH 43952 | Tina Doty<br>304/748-0273<br>304/748-0276(f) | $975.49 |
| Texas Freight Services Inc.<br>2700 Greens Road, F-300<br>Houston, TX 77032 | Bill Hasty<br>281/987-1000<br>281/987-2810 (f) | $350.00 |

| | | |
|---|---|---|
| Collins Industries, Inc.<br>P.O. Box 617<br>527 Alabama Blvd.<br>Jackson, GA 30233 | Michael A. Collins<br>770/775-3000<br>770/775-3333 (f) | $2,040.00 |
| Wayne Kelley Trucking, Inc.<br>P.O. Box 210<br>Alpena, AR 72611 | Lyla Dalager<br>870/437-5271<br>870/437-2254 (f) | $470.00 |
| MAT II Transportation, Inc.<br>P.O. Box 492<br>Junction City, OR 97448 | Stephanie Huffman<br>541/998-8955<br>541/998-1544 (f) | $3,236.00 |
| Bieri Trucking Inc.<br>16571 US Hwy 61<br>Letts, IA 52764 | Jackie Janowski<br>800/546-2133<br>319/729-5714 (f) | $420.96 |
| Lock Trucking<br>1003 16th Street<br>Wheatland, Wyoming 82201 | Norman Lock<br>307/322-2640<br>307/322-2646(f) | $434.60 |
| JDT Trucking<br>14152 Boothtown Rd<br>Citronella, AL 36522<br>334/866-9163 | Contact: Riviera Finance<br>Patty Howley<br>P.O. Box 879<br>Plainsboro, NJ 08536<br>609-275-9558/800-292-2640<br>609/631-7822(f) | $2,014.00 |
| Leavitt's Freight Service<br>3855 Marcola Road<br>Springfield, OR 97477 | Terry Leavitt<br>541/747-4236<br>800/935-4236<br>541/747-1456(f) | $3227. |
| E A Holder, Inc.<br>P.O. Box 69<br>Kennedale, TX 76060<br>Hellon Reid, Credit Manager<br>800/256-2384 | Carmen Jimenez<br>Compunet Credit Services,<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x202<br>520/680-4382 (f) | $649.00 |
| Senske Logistics<br>P.O. Box 13022<br>Grand Forks, ND 48208 | 701/772-7168<br>701/775-3391(f) | $2,332.00 |
| Senske Logistics<br>P.O. Box 13022<br>Grand Forks, ND 48208 | 701/772-7168<br>701/775-3391(f) | $2,193.00 |

| M S S Transport, Inc.<br>200 East Avenue B<br>Salina, KS 67401-8959 | Carmen Jimenez<br>Compunet Credit Services,<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x202<br>520/680-4382 (f) | $3,696.00 |
| Cuddeback Trucking<br>12024 Woodwide Avenue<br>Lakeside, CA 92040<br>Attn: Catherine Mays<br>619/561-1155 | Carmen Jimenez<br>Compunet Credit Services,<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x202<br>520/680-4382 (f) | $2,300.00 |

25.    As of March, 2001, the claims asserted against this bond total $58,202.43

26.    Because the claims asserted and the future claims that may be asserted against the bond exceed the penal limit of the bond, Safeco cannot determine which defendant is entitled to payment or the amount of payment that should be made to each claimant.

Count IV

Claims Against Bond Number 5880523 - Inet Logistic, Inc.

27.    Plaintiff realleges and incorporates paragraphs 1- 26 herein as paragraph 27.

28.    Safeco issued Bond Number 5880523 on behalf of Inet, as principal, in favor of the United States in the penal amount of $10,000.

29.    As indicated on the attached summary of claims Safeco has received claims against Bond Number 5880523 from the following defendants:

| Claimant | Contact | Amount |
| --- | --- | --- |
| Integrity Express, LLC<br>2510 Reeves Street<br>Dothan, AL 36303 | Donald Searcy<br>334/792-3344<br>334/792-3544(f) | $2,095.00 |
| East West Motor Express<br>11740 JB Drive<br>Black Hawk, SD 57718 | 605/787-6736<br>605/787-6734 (f) | $1,430.00 |

19

| | | |
|---|---|---|
| Townsend AG Transport<br>P.O. Box 265<br>929 Road 7<br>Cowley, WY 82420 | Cherie Stauffer<br>800/548-0456<br>307/548-7813<br>307/548-2728(f) | $750.00 |
| Express Air Cargo<br>1325 N. Jesse James Rd.<br>Excelsior Springs, MO<br>64024 | Jerry Buckallew<br>816/586-2309<br>816/586-2418 (f) | $4,150.00 |
| DJS Trucking Express Inc.<br>22544 S. mcCabe Road<br>Pickford, MI 49774 | David Kamper<br>906/647-3011<br>906/647-5208 (f) | $400.00 |
| Northern Tier Transport,<br>Inc.<br>P.O. Box 7289<br>North Brunswick, NJ<br>08902 | Patricia Pinizzotto<br>732/422-1833<br>732/249-6868 (f) | $1,785.00 |
| Kennebec Valley Transport,<br>Inc.<br>HCR 71 Box 58<br>Skowhegan, ME 04976 | Paul Marshall<br>207/474-3418<br>207/858-0189 | $2350.00 |
| Rob Smith Transporting, Inc.<br>9360 S. Call Road<br>McBain, MI 49657 | | $600.00 |
| Trand Inc.<br>P.O. Box 8606<br>Pratt Industrial Park<br>Pratt, KS 67124 | Dana Yarbrough<br>316/672-9495<br>316/672-2322 | $1,300 |
| Lowrey Transportation, LLC<br>P.O. Box 8267<br>Pueblo, CO 81008 | Daniel E. Lowrey<br>800/962-3652<br>719/595-1590(f) | $871.00 |
| Kaiser Transport, Inc.<br>P.O. Box 468<br>Janesville, WI 53547 | Robert Bahm<br>608/752-7271<br>608/758-9153 | $1,670.00 |
| Candles Trucking<br>P.O. Box 1336<br>488 Rainbow Court<br>Seeley Lake, MT 59868 | 406/677-5001<br>406/677-5004 (f) | $2,700.00 |
| Larry Fowler Trucking Inc.<br>1499 Hwy 82-Bypass West<br>Magnolia, AR 71753 | 870/234-3094<br>870/234-6815(f) | $2,350.00 |

| | | |
|---|---|---|
| Express Air Cargo<br>1325 N. Jesse James Road<br>Excelsior Springs, MO 64024 | 816/878-5322<br>816/586-2418 (f) | $1,900.00 |
| Rhino Transport U.S.A., Inc.<br>26 N. Main Street<br>St-Albans, VT 05478 | 802/524-3877<br>802/524-3848 (f) | $2,350.00 |
| Vosotros, Inc. d/b/a<br>Millenium Transport &<br>Management<br>3906 E. 37th Street<br>Odessa, TX 79762 | Simon R. Gomez<br>915/367-0208<br>915/367-0292(f) | $700.00 |
| Doak Transport Inc.<br>P.O. Box 15087<br>Las Cruces, NM 88004 | Scott E. Christianson<br>505/526-3188<br>505/523-4945(f) | $650.00 |
| Corwyn Transport, Ltd.<br>2067 James Street<br>Mosinee, WI 54455<br>Joan Nelson, VP | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86045<br>520/680-9449 x202<br>520/680-4382 (f) | $450.00 |
| Meteor Express, Inc.<br>P.O. Box 157<br>Scottsboro, AL 35768<br>George Jones, President<br>256/218-3000 | Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680/9449 x202<br>520/680-4382 (f) | $1,500.00 |
| Coomes, Inc.<br>RR 3 Box 35A<br>Phillipsburg, KS 67661<br>Rick Coomes, Owner<br>785/543-2759 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x 202<br>520/680-4382 | $1,955.00 |
| Warren Hauling, Inc.<br>905 N. Church Street<br>Atkins, AR 72823<br>501/641-1968<br>501/641-8870 | Assigned to<br>Exchange Capital<br>Corporation<br>P.O. Box 56020<br>Little Rock, AR 72215 | $400.00 |

| | | |
|---|---|---|
| Devall Trucking, Inc.<br>P.O. Box 848<br>Grand Island, NE | Sheree Haase<br>308/395-8559<br>308/395-8573(f) | $500.00 |
| Vogel Trucking, Inc.<br>444 W. Troy<br>Indianapolis, IN 46225 | 800/222-4763<br>317/786-6989(f) | $300.00 |
| Miller & Son Trucking<br>P.O. Box 698<br>Moriarty, NM 87035-0698 | Mary Jo Wallen<br>505/832-6783<br>505/832-6023 (f) | $1000.00 |
| DeBoer Transportation, Inc.<br>Box 145<br>Blenker, WI 54415 | James Walloch<br>715/652-2911<br>800/333-1016<br>715/652-3702(f) | $1,069.00 |
| Wayne Kelley Trucking, Inc.<br>PO Box 210<br>Alpena, AR 72611-0210<br>Wayne Kelley<br>870/437-5271 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $1,710.00 |
| Gulick Trucking, Inc.<br>PO Box 10383<br>Portland, OR 97210<br>Bill Gulick, President<br>360/699-0999 | Carmen Jimenez<br>Compunet Credit Services,<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $1,245.00 |
| TMT Trucking/Mile Hi<br>Frozen Foods Co.<br>4770 East 51st Avenue<br>Denver, CO 80216 | Jan Hensrud<br>303/399-6066 x828<br>303/355-0238 (f) | $400.00 |
| TR Trucking, Inc.<br>712 Ford Street<br>Aztec, NM 87410 | Lori McCabe<br>505/334-8572<br>505/334-8572 (f) | $625.00 |
| Daws, Inc.<br>758 280th Unit 10<br>Milford, NE 68405<br>Attn.: Sheila Burroughs<br>800/372-4801 | Carmen Jimenez<br>Compunet Credit Services,<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $3,400.00 |

| | | |
|---|---|---|
| Sudbury Transportation, Inc.<br>7003 Mainsgate Road<br>Wichita, KS 67226 | Joy Dickinson<br>800/795-5546 | $1,135.00 |
| Ken Compton Jr. Trucking, Inc.<br>29745 E. Ondossagon Road | Sylvia<br>715/682-6539<br>715/682-3683(f) | $275.00 |
| Hayes Transport<br>P.O. Box 930279<br>Verona, WI 53593 | Vicki L. Hayes<br>Executive Assistant<br>608/845-8468<br>608/845-7181(f) | $700.00 |
| Janie B. Transportation, Inc.<br>1540 N.W. Loop 286<br>Paris, TX 75460 | Joe Ella Dayton<br>903/785-1431<br>903/785-4941(f) | $1,025.00 |
| Redline Logistics<br>5601 Fortune Circle S. Dr.<br>Suite R<br>Indianapolis, IN 46241 | Steve Hipsky<br>317/227-2900<br>888/327-5601 | $1,100.00 |

30.    As of March, 2001, the claims asserted against this bond total $46,840.

31.    Because the claims asserted and the future claims that may be asserted against the bond exceed the penal limit of the bond, Safeco cannot determine which defendant is entitled to payment or the amount of payment that should be made to each claimant

### Count V

### Claims Against Bond Number 5880533 - Roadrunner Distribution Services, Inc.

32.    Plaintiff realleges and incorporates paragraphs 1- 31 herein as paragraph 32.

33.    Safeco issued Bond Number 5880533 on behalf of Roadrunner Distribution, as principal, in favor of the United States in the penal amount of $10,000.

34.    As indicated on the attached summary of claims Safeco has received claims against Bond Number 5880533 from the following defendants:

| K & K Trucking<br>410 South 4th Street<br>Youngwood, PA 15697 | Annabelle Klinchock<br>724/925-3955<br>724/925-2123 (f) | $16,170.00 |

35. As of March, 2001, the claims asserted against this bond total $16,170.00.

36. Because the claims asserted and the future claims that may be asserted against the bond exceed the penal limit of the bond, Safeco cannot determine which defendant is entitled to payment or the amount of payment that should be made to each claimant.

### Prayer for Relief to All Counts

WHEREFORE, Plaintiff, Safeco Insurance Company, prays that this Court enter an order providing for the following:

(a) That the defendants that have asserted claims and any and all future claimants that may later assert a claim against the bonds issued by Safeco be restrained from instituting any action against Safeco for recovery under the Bond(s);

(b) That the defendants be required to interplead and settle between themselves their rights to the amount that may be due them to the extent of the penal limit of each respective bond;

(c) That Safeco Bonds Numbered 5880525, 5880522, 5880532, 5880523 and 5880533 are hereby canceled and Safeco Insurance Company, its successors, assigns, and subsidiaries are discharged and released from all past, present, and future liability in connection with these bonds;

(d) That Safeco recover its court costs and reasonable attorneys fees and expenses incurred in resolving these bond claims and in bringing this interpleader action; and

(e) For whatever additional relief this Court deems just and equitable.

By: _____

One of the Attorneys for Plaintiff, Safeco
Insurance Company

Michael J. Weber, ARDC #: 6186285
John E. Sebastian, ARDC #: 6230240
LEO & WEBER, P.C.
One North LaSalle Street
Suite 3600
Chicago, Illinois 60602
(312) 857-0910

# EXHIBIT A

INSTRUCTIONS    RETAIN THIS PART FOR YOUR RECORDS.

It is estimated that an average of 1/4 burden hour per response is required to complete this collection of information. This estimate includes time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to the Section of Administrative Services, Interstate Commerce Commission and the Office of Information and Regulatory Affairs, Office of Management and Budget.

B.M.C. 84

Approved by OMB
3120-0081
Expires 10/31/95

BOND NUMBER 5880525
License No.

MC-___179212___

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 10927
### (EXECUTED IN DUPLICATE)

KNOW ALL MEN BY THESE PRESENTS, THAT we ___ADVANCED DISTRIBUTION SYSTEMS, INC.___
(Name of Property Broker)

of_____COLUMBUS, OHIO_____ as PRINCIPAL (hereinafter called Principal),
(City)    (State)

and ___SAFECO INSURANCE COMPANY OF AMERICA___a corporation, or a Risk Retention
(Name of Surety)

Group established under the Liability Risk Retention Act of 1986, Public Law 99–563, created and existing under the laws of the State of _____WASHINGTON_____ as SURETY
(State)

(hereinafter called Surety) are held and firmly bound unto the United States of America in the sum of $10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of the Interstate Commerce Act, and the rules and regulations of the Interstate Commerce Commission relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Interstate Commerce Commission such a bond as will ensure financial responsibility and the supplying of transportation subject to said Act in accordance with contracts, agreements, or arrangements therefor, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C. 10927(b), and the rules and regulations of the Interstate Commerce Commission, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the Interstate Commerce Act under license issued to the Principal by the Interstate Commerce Commission, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Interstate Commerce Commission forthwith of all suits filed, judgements rendered, and payments made by said Surety under this bond.

This bond is effective the ___12TH___ day of ___DECEMBER___, 19 97, 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Interstate Commerce Commission at its office in Washington, D.C., such cancellation to become effective thirty (30) days after actual receipt of said notice by the Commission on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages hereinbefore described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the Commission certifies that a Broker Surety Bond has been issued by the company identified on the face of this form, and that such company is qualified to make this filing under Section 1043.8 of Title 49 of the Code of Federal Regulations.

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C. 1001.

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the ___12TH___ day of ___DECEMBER___, 19_97_.

|  | PRINCIPAL | | SURETY |
|---|---|---|---|
| Name | ADVANCED DISTRIBUTION SYSTEMS, INC. | Name | SAFECO INSURANCE COMPANY OF AMERICA [SEAL] |

By _____  By _____
     *(Signature and Title)*            *(Signature and Title)*
                                   Julie D. Lane, Attorney-In-Fact

Witness _____  Witness _____

May-10-01    08:23am    From-Arthur  J Gallagher    Floor         630 285 4020         T-    P.002/005   F-311

for reviewing instruction, searching cost: _ data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to the Section of Administrative Services, Interstate Commerce Commission and the Office of Information and Regulatory Affairs, Office of Management and Budget.

R.M.C. 84

Approved by OMB
3120-0081
Expires 10/31/95

License No.

MC-175721
Bond Number 5880932

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 10927
### (EXECUTED IN DUPLICATE)

KNOW ALL MEN BY THESE PRESENTS, THAT we __Roadrunner Enterprises, Inc.__
                                                            *(Name of Property Broker)*

of __Albuquerque, New Mexico__                  as PRINCIPAL (hereinafter called Principal),
     *(City)*        *(State)*
and __Safeco Insurance Company of America__ , a corporation, or a Risk Retention
     *(Name of Surety)*

Group established under the Liability Risk Retention Act of 1986, Public Law 99-563, created and existing under the laws of the State of __Washington__                            as SURETY
                                                                    *(State)*

(hereinafter called Surety) are held and firmly bound unto the United States of America in the sum of $50,000. for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of the Interstate Commerce Act, and the rules and regulations of the Interstate Commerce Commission relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Interstate Commerce Commission such a bond as will assure financial responsibility and the supplying of transportation subject to said Act in accordance with contracts, agreements, or arrangements therefor, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C. 10927(b), and the rules and regulations of the Interstate Commerce Commission, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the Interstate Commerce Act under license issued to the Principal by the Interstate Commerce Commission, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Interstate Commerce Commission forthwith of all suits filed, judgments rendered, and payments made by said Surety under this bond.

This bond is effective the __14th__              day of __January__           , 19 98   , 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Interstate Commerce Commission at its office in Washington, D.C., such cancellation to become effective thirty (30) days after actual receipt of said notice by the Commission on the prescribed Form BMC-36. Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages hereinbefore described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective

The receipt of this filing by the Commission certifies that a Broker Surety Bond has been issued by the company identified on the face of this form, and that such company is qualified to make this filing under Section 1043.8 of Title 49 of the Code of Federal Regulations.

MC 1603 (Ed. 2-95) UNIFORM PRINTING & SUPPLY, INC.

May-10-01  08:23am  From-Arthur J Gallagher  Floor  630 285 4020  T-  P.003/005  F-311

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C. 1001.

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the 14th day of January, 19 98

| PRINCIPAL | SURETY |
|---|---|
| Name Roadrunner Enterprises, Inc. | Name Safeco Insurance Company of America [SEAL] |
| By _John W. Hollingsworth_ | By _Julie D. Lane_ |
| (Signature and Title) | (Signature and Title) |
| John W. Hollingsworth SrVP Finance & Admin. | Julie D. Lane, Attorney-In-Fact |
| Witness | Witness |

May-10-01   08:24am   From-Arthur J Gallagher   ) Floor          630 285 4020        T·       P.004/005   F-311

SURETY RIDER

SAFECO       SURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

**SAFECO ®**

To be attached to and form a part of

Bond No.   **5880532**

Type of
Bond:   **PROPERTY BORKER**

dated
effective   **01/14/1998**
            (MONTH-DAY-YEAR)

executed by   **ROADRUNNER ENTERPRISES, INC. INTRENET**                                    ,as Principal,
              (PRINCIPAL)

and by   **SAFECO INSURANCE COMPANY OF AMERICA**                          ,as Surety,

in favor of   **US GOVERNMENT - INTERSTATE COMMERCE COMMISSION.**
              (OBLIGEE)

in consideration of the mutual agreements herein contained the Principal and the Surety hereby consent to changing

Expiration Date From:   1/14/99
                  To:   2/1/99

Nothing herein contained shall vary, alter or extend any provision or condition of this bond except as herein expressly stated.

This rider
is effective   **01/14/1998**
               (MONTH-DAY-YEAR)          **January 23, 1998**

Signed and Sealed
                                        (MONTH-DAY-YEAR)
              **ROADRUNNER ENTERPRISES, INC. INTRENET**
                        (PRINCIPAL)

By:
        (PRINCIPAL)

**SAFECO INSURANCE COMPANY OF AMERICA**

By:   _Loretta Pike_
        (ATTORNEY-IN-FACT)         **LORETTA PIKE**

S-443/EP 3/80

®Registered trademark of SAFECO Corporation.
PRINTED IN U.S.A.

MAILING
INSTRUCTIONS.

FILE FIRST TWO PARTS WITH ICC.
RETAIN THIRD PART FOR YOUR RECORDS.

It is estimated that an average of 1/4 burden hour per response is required to complete this collection of information. This estimate includes time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to the Section of Administrative Services, Interstate Commerce Commission and the Office of Information and Regulatory Affairs, Office of Management and Budget.

B.M.C. 84

Approved by OMB
3120-0081
Expires 10/31/95

BOND NUMBER 5880522

License No.

MC-116915

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 10927
### (EXECUTED IN DUPLICATE)

KNOW ALL MEN BY THESE PRESENTS, THAT we ___ECK MILLER TRANSPORTATION CORP.,___
(Name of Property Broker)

of ___ROCKPORT, IN_____ as PRINCIPAL (hereinafter called Principal),
(City)       (State)

and ___SAFECO INSURANCE COMPANY OF AMERICA___, a corporation, or a Risk Retention
(Name of Surety)

Group established under the Liability Risk Retention Act of 1986, Public Law 99–563, created and existing under the laws of the State of ___WASHINGTON_____ as SURETY
(State)

(hereinafter called Surety) are held and firmly bound unto the United States of America in the sum of $10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of the Interstate Commerce Act, and the rules and regulations of the Interstate Commerce Commission relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Interstate Commerce Commission such a bond as will ensure financial responsibility and the supplying of transportation subject to said Act in accordance with contracts, agreements, or arrangements therefor, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C.10927(b), and the rules and regulations of the Interstate Commerce Commission, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the Interstate Commerce Act under license issued to the Principal by the Interstate Commerce Commission, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Interstate Commerce Commission forthwith of all suits filed, judgements rendered, and payments made by said Surety under this bond.

This bond is effective the ___12TH___ day of ___DECEMBER___, 19 ___97___, 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Interstate Commerce Commission at its office in Washington, D.C., such cancellation to become effective thirty (30) days after actual receipt of said notice by the Commission on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages hereinbefore described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the Commission certifies that a Broker Surety Bond has been issued by the company identified on the face of this form, and that such company is qualified to make this filing under Section 1043.8 of Title 49 of the Code of Federal Regulations.

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C. 1001.

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the _____ 12TH _____ day of _____ DECEMBER _____, 19 97 .

|                          PRINCIPAL |                          SURETY |
|---|---|
| Name ECK MILLER TRANSPORTATION CORP. | Name SAFECO INSURANCE COMPANY OF AMERICA        [SEAL] |
| By _____ | By _____ |
| *(Signature and Title)* | *(Signature and Title)* |
|  | Julie D. Lane, Attorney-In-Fact |
| Witness _____ | Witness _____ |

MC- 3118169

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 10927
### (EXECUTED IN DUPLICATE)

KNOW ALL MEN BY THESE PRESENTS, THAT we __INET LOGISTICS, INC.__

(Name of Property Broker)

of __SCHAUMBURG, ILLINOIS__ as PRINCIPAL (hereinafter called Principal),

(City)        (State)

and __GRYZED INSURANCE COMPANY OF AMERICA__, a corporation, or a Risk Retention

(Name of Surety)

Group established under the Liability Risk Retention Act of 1986, Public Law 99-563, created and
existing under the laws of the State of __WASHINGTON__ as SURETY

(State)

(hereinafter called Surety) are held and firmly bound unto the United States of America in the sum of
$10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors,
administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or hereafter becomes a Broker pursuant to the provisions of the Interstate Commerce Act,
and the rules and regulations of the Interstate Commerce Commission relating to insurance or other security for the
protection of motor carriers and shippers, and has elected to file with the Interstate Commerce Commission such a bond as
will assure financial responsibility and the supplying of transportation subject to said Act in accordance with minimum
agreements, or arrangements therefor; and

WHEREAS, this bond is written to assist compliance by the Principal as a licensed Property Broker of Transportation
by motor vehicle with 49 U.S.C. 10927(b), and the rules and regulations of the Interstate Commerce Commission, relating to
insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all
motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to
motor carriers or shippers by motor vehicle any sum for which the Principal may be held legally liable by reason of
the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the
Principal while this bond is in effect for the supplying of transportation subject to the Interstate Commerce Act under license
issued to the Principal by the Interstate Commerce Commission, then this obligation shall be void, otherwise to remain in full
force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such
payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation
hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Interstate Commerce
Commission forthwith of all suits filed, judgments rendered, and payments made by said Surety under this bond.

This bond is effective the __12TH__ day of __DECEMBER__, 19 __97__, 12:01
A.M., standard time at the address of the Principal as stated herein and shall continue in force until terminated as
hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Interstate
Commerce Commission at its office in Washington, D.C., such cancellation to become effective thirty (30) days after
actual receipt of said notice by the Commission on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and
Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages terminations described which
arise or the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of
transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the
Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made
by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the Commission certifies that a Broker Surety Bond has been issued by the company
identified on the face of this form, and that said company is qualified to make this filing under Section 1043.3 of Title 49 of
the Code of Federal Regulations.

MC LIGHT CA. 1-00 (Insurance Services & Supply, Inc.)

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the
12TH day of DECEMBER , 19 97

| PRINCIPAL | SURETY |
|---|---|
| Name INET LOGISTICS, INC. | Name SAFECO INSURANCE COMPANY OF AMERICA [SEAL] |
| By _(Signature and Title)_ | By _(Signature and Title)_ Julie D. Attorney-In-Fact |
| Witness | Witness |



 SURETY RIDER  SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY
OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

To be attached to and form a part of

Bond No. **5880533**

Type of
Bond: **PROPERTY BORKER**

dated
effective **01/14/1998**
(MONTH–DAY–YEAR)

executed by **ROADRUNNER DISTRIBUTION SERVICES, INC. INTRENET** ,as Principal,
(PRINCIPAL)

and by **SAFECO INSURANCE COMPANY OF AMERICA** ,as Surety,

in favor of **UNITED STATES OF AMERICA–INTERSTATE COMMERCE COMMISSION.**
(OBLIGEE)

in consideration of the mutual agreements herein contained the Principal and the Surety hereby consent to changing

Expiration Date From: 1/14/99
To: 2/1/99

Nothing herein contained shall vary, alter or extend any provision or condition of this bond except as herein expressly stated.

This rider
is effective **01/14/1998**
(MONTH–DAY–YEAR)

Signed and Sealed _____ January 23, 1998
(MONTH–DAY–YEAR)

**ROADRUNNER DISTRIBUTION SERVICES, INC. INTRENET**
(PRINCIPAL)

By: _____
(PRINCIPAL)

**SAFECO INSURANCE COMPANY OF AMERICA**

By: _____
(ATTORNEY–IN–FACT)
LORETTA PIKE

S-443/EP 3/90

®Registered trademark of SAFECO Corporation
PRINTED IN U.S.A.

It is estimated that an average of 1/4 burden hour per response is required to complete this collection of information. This estimate includes time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to the Section of Administrative Services, Interstate Commerce Commission and the Office of Information and Regulatory Affairs, Office of Management and Budget.

B.M.C. 84

Approved by OMB
3120-0081
Expires 10/31/95

License No.

MC- 250517

BOND NUMBER 5880533
REVISED

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 10927
### (EXECUTED IN DUPLICATE)

KNOW ALL MEN BY THESE PRESENTS, THAT we Roadrunner Distribution Services, Inc.
*(Name of Property Broker)*

of Alburquerque, New Mexico _____ as PRINCIPAL (hereinafter called Principal),
    *(City)*    *(State)*

and Safeco Insurance Company of America _____ , a corporation, or a Risk Retention
*(Name of Surety)*

Group established under the Liability Risk Retention Act of 1986, Public Law 99–563, created and existing under the laws of the State of Washington _____ as SURETY
    *(State)*

(hereinafter called Surety) are held and firmly bound unto the United States of America in the sum of $10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of the Interstate Commerce Act, and the rules and regulations of the Interstate Commerce Commission relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Interstate Commerce Commission such a bond as will ensure financial responsibility and the supplying of transportation subject to said Act in accordance with contracts, agreements, or arrangements therefor, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C. 10927(b), and the rules and regulations of the Interstate Commerce Commission, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the Interstate Commerce Act under license issued to the Principal by the Interstate Commerce Commission, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Interstate Commerce Commission forthwith of all suits filed, judgements rendered, and payments made by said Surety under this bond.

This bond is effective the 14th _____ day of January _____ , 19 98 , 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Interstate Commerce Commission at its office in Washington, D.C., such cancellation to become effective thirty (30) days after actual receipt of said notice by the Commission on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages hereinbefore described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the Commission certifies that a Broker Surety Bond has been issued by the company identified on the face of this form, and that such company is qualified to make this filing under Section 1043.8 of Title 49 of the Code of Federal Regulations.



**POWER OF ATTORNEY**



GENERAL INSURANCE COMPANY OF AMERICA
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185



No. _____ **5946**

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does each hereby appoint
**************DEBBIE WHITE; Beltron, Missouri; LINDA K. LOWE; Gardner, Kansas; THOMAS M. SCOTT; Mission Hills, Kansas; JULIE D. LANE; Kansas City, Missouri; JOHN A. KITCHEN; Overland Park, Kansas**********************************************************************************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this _____ **12** _____ day of _____ **March** _____, 19 **97** .

---

### CERTIFICATE

**Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. – FIDELITY AND SURETY BONDS . . . the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business . . . On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

**Extract from a Resolution of the Board of Directors of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA adopted July 28, 1970.**

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
　(i) The provisions of Article V, Section 13 of the By-Laws, and
　(ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
　(iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, R. A. Pierson, Secretary of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this _____ **14th** _____ day of _____ **January** _____, 19 **98** .

S-974/EP 1/83

® Registered trademark of SAFECO Corporation.

# EXHIBIT B

Form B.M C. 36 (Rev. '57)
To be sent to—
INTERSTATE COMMERCE
COMMISSION
Bureau of Operations
*Washington, D. C. 20423*
Received:

Date .....................

## NOTICE OF CANCELLATION
## MOTOR CARRIER AND BROKER'S SURETY BONDS
## UNDER SECTION 215 INTERSTATE COMMERCE ACT
FILED WITH
INTERSTATE COMMERCE COMMISSION
Bureau of Operations
Washington, D. C. 20423
*(Executed in Triplicate)*

Interstate Commerce
Commission Docket No.

MC ..1.7.9.2.1.2........

TO INTERSTATE COMMERCE COMMISSION
BUREAU OF OPERATIONS
*Washington, D. C. 20423*

This is to advise that, under the terms of surety bond(s) executed in behalf of:

Name of principal— Advanced Distribution Systems, Inc.
Street address— c/o Intranet, Inc.
400 Techcenter Drive
City and State— Milford OH 45150

by ...SAFECO.INSURANCE.COMPANY.OF.AMERICA .................................... (Name of Surety)

...2800.W..Higgins.Rd..,.Ste..1100...Hoffman.Estates.IL.60195.... (Address)
said bond(s), including any and all riders or certificates attached thereto or issued in connection therewith, is (are)
hereby canceled, effective as of the .....1st............... day of .....February.......XXX2001..., 12:01
a.m., standard time at the address of the Principal, as stated in said bond(s), provided said date is not less than thirty
(30) days after receipt of this notice by the Interstate Commerce Commission.

.5880525.............
*(Surety Co. file number)*

S 1804 12 83

...................................................
*Principal or Surety.*

Nancy C. Saunders, Attorney-in-Fact

FT / Intrenet INC

Form B.M.C. 36 (Rev. '57)
To be sent to—
INTERSTATE COMMERCE
COMMISSION
Bureau of Operations
*Washington, D. C. 20423*
Received:

Date .....................

## NOTICE OF CANCELLATION
## MOTOR CARRIER AND BROKER'S SURETY BONDS
## UNDER SECTION 215 INTERSTATE COMMERCE ACT
FILED WITH
INTERSTATE COMMERCE COMMISSION
Bureau of Operations
Washington, D. C. 20423
*(Executed in Triplicate)*

Interstate Commerce
Commission Docket No.

MC ..116915........

TO INTERSTATE COMMERCE COMMISSION
BUREAU OF OPERATIONS
*Washington, D. C. 20423*

This is to advise that, under the terms of surety bond(s) executed in behalf of:

Name of principal—
Street address—
City and State—

Eck Miller Transportation Corp.
c/o Intrenet, Inc.
400 Techcenter Drive
Milford OH 45150

by ...SAFECO.INSURANCE.COMPANY.OF.AMERICA..................................... (Name of Surety)

...2800.W..Higgins.Rd..,.Ste...1100,..Hoffman.Estates.IL.60195....(Address)
said bond(s), including any and all riders or certificates attached thereto or issued in connection therewith, is (are)
hereby canceled, effective as of the ...........1st.......... day of .....February....... XX820.01..., 12:01
a.m., standard time at the address of the Principal, as stated in said bond(s), provided said date is not less than thirty
(30) days after receipt of this notice by the Interstate Commerce Commission.

.5880522..............
*(Surety Co. file number)*

.........................
*Principal or Surety.*

S 1804 12 83

Nancy C. Saunders, Attorney-in-Fact

Form B.M.C. 36 (Rev. '57)
To be sent to—
INTERSTATE COMMERCE
COMMISSION
Bureau of Operations
*Washington, D. C. 20423*
Received:

Date .....................

## NOTICE OF CANCELLATION
## MOTOR CARRIER AND BROKER'S SURETY BONDS
## UNDER SECTION 215 INTERSTATE COMMERCE ACT
### FILED WITH
INTERSTATE COMMERCE COMMISSION
Bureau of Operations
Washington, D. C. 20423

*(Executed in Triplicate)*

Interstate Commerce
Commission Docket No.

MC ....................

TO INTERSTATE COMMERCE COMMISSION
BUREAU OF OPERATIONS
*Washington, D. C. 20423*

This is to advise that, under the terms of surety bond(s) executed in behalf of:

Name of principal—
Street address—
City and State—

ROADRUNNER ENTERPRISES, INC.
c/o Intrenet, Inc.
400 Techcenter Drive
Milford OH  45150

by ...SAFECO. INSURANCE. COMPANY. OF. AMERICA ................................... (Name of Surety)

...2800. W. Higgins. Rd.., Ste. 1100,. Hoffman Estates. IL 60195.... (Address)
said bond(s), including any and all riders or certificates attached thereto or issued in connection therewith, is (are)
hereby canceled, effective as of the ...1st................. day of ...February........ XXX 20.01.... 12:01
a.m., standard time at the address of the Principal, as stated in said bond(s), provided said date is not less than thirty
(30) days after receipt of this notice by the Interstate Commerce Commission.

.5880532.............
(Surety Co. file number)

S 1804 12 83

*Principal of Surety.*

Nancy C. Saunders, Attorney-in-Fac"

Form B.M.C. 36 (Rev. '57)
To be sent to—
INTERSTATE COMMERCE
COMMISSION
Bureau of Operations
*Washington, D. C. 20423*
Received:

Date ....................

# NOTICE OF CANCELLATION
## MOTOR CARRIER AND BROKER'S SURETY BONDS
## UNDER SECTION 215 INTERSTATE COMMERCE ACT
FILED WITH
INTERSTATE COMMERCE COMMISSION
Bureau of Operations
Washington, D. C. 20423
*(Executed in Triplicate)*

Interstate Commerce
Commission Docket No.

MC 311.816B.........

TO INTERSTATE COMMERCE COMMISSION
BUREAU OF OPERATIONS
*Washington, D. C. 20423*

This is to advise that, under the terms of surety bond(s) executed in behalf of:

Name of principal— Inet Logistics, Inc.
Street address— c/o Intenet, Inc.
400 Techcenter Drive
City and State— Milford OH 45150

by ...SAFECO.INSURANCE.COMPANY.OF.AMERICA .................................... (Name of Surety)

...2800.W...Higgins.Rd..,.Ste...1100,..Hoffman.Estates.IL.60195.... (Address)
said bond(s), including any and all riders or certificates attached thereto or issued in connection therewith, is (are)
hereby canceled, effective as of the .......1st.............. day of .....February...... XXX.20.01.... 12:01
a.m., standard time at the address of the Principal, as stated in said bond(s), provided said date is not less than thirty
(30) days after receipt of this notice by the Interstate Commerce Commission.

.5880523...............
*(Surety Co. file number)*

S 1804 12 83

*Principal or Surety.*

Nancy C. Saunders, Attorney-in-Fact

Form B.M.C. 36 (Rev. '57)
To be sent to—
INTERSTATE COMMERCE
COMMISSION
Bureau of Operations
Washington, D. C. 20423
Received:

Date .....................

**NOTICE OF CANCELLATION**
**MOTOR CARRIER AND BROKER'S SURETY BONDS**
**UNDER SECTION 215 INTERSTATE COMMERCE ACT**
FILED WITH
INTERSTATE COMMERCE COMMISSION
Bureau of Operations
Washington, D. C. 20423
*(Executed in Triplicate)*

Interstate Commerce
Commission Docket No.

MC .....................

TO INTERSTATE COMMERCE COMMISSION
BUREAU OF OPERATIONS
Washington, D. C. 20423

This is to advise that, under the terms of surety bond(s) executed in behalf of:

Name of principal—

Street address—

City and State—

Roadrunner Distribution Services, Inc.
c/o Intrenet, Inc.
400 Techcenter Drive
Milford OH 45150

by ...SAFECO.INSURANCE.COMPANY.OF.AMERICA.................................... (Name of Surety)

...2800.W..Higgins.Rd..,..Ste..1100,..Hoffman.Estates.IL.60195.... (Address)
said bond(s), including any and all riders or certificates attached thereto or issued in connection therewith, is (are)
hereby canceled, effective as of the ......1st.............. day of .....February....... XX120.01.... 12:01
a.m., standard time at the address of the Principal, as stated in said bond(s), provided said date is not less than thirty
(30) days after receipt of this notice by the Interstate Commerce Commission.

588.0533..............
(Surety Co. file number)

S 1804 12 83

Nancy C. Saunders, Attorney-in-Fact

*Principal or Surety.*

# EXHIBIT C

| Roadrunner Enterprises, Inc. | | | |
|---|---|---|---|
| **Bond No.** | **Claimant** | **Contact** | **Claim Amount** |
| | Dan Easley Trucking<br>16633 Spring Gulch Dr.<br>Anderson, CA 96007 | Brenda G. Ellis<br>Transportation Alliance Bank<br>4185 Harrison Blvd, Suite 200<br>Ogden Utah 84403-9902<br>877/664-5503<br>801/334-4818 (f) | $1,921 |
| | Transport RPM, Inc.<br>616 Cure Labelle<br>Blainville, Quebec, Canada<br>J7C 2H9 | Angel<br>450/979-3286<br>450/435-8559 (f) | $4,000 |
| | Tumbleweed Inc.<br>P.O. Box 821821<br>Vicksburg, MS 39182 | Vicki Tedder<br>800/844-1387 | $1,441.62 |
| 5880532 | Mitchell Bros. Truck Line Inc.<br>600 S.E. Maritime Ave<br>#100 Bldg. #3<br>Vancouver, WA 98661 | Betty J. Cooker<br>Office Manager<br>360/693-7477<br>800/228-4702<br>360/750-7597 (f) | $3,182.29 |
| 5880532 | Dale Farrier Trucking, LLC<br>P.O. Box 2424<br>Truckee, CA 96160<br>530/587-4329 | Delores Dunn<br>RTS Financial Service<br>8630 Halsey<br>Lenexa, Kansas 66215<br>800/860-7926 | $1,986.00 |
| 5880532 | MAT Transportation, Inc.<br>P.O. Box 492<br>Junction City, OR 97448 | Stephanie Huffman<br>541/998-8955<br>541/998-1544 (f) | $591.00 |
| 5880532 | Triple B&J Trucking, Inc.<br>7627 Highway 367 North<br>Bradford, AR 72020<br>501/344-8344 | Sonia Lucas<br>Exchange Capital Corporation<br>320 Executive Court, Ste 104<br>Little Rock, AR 72215<br>501/227-8148<br>501/227-4502(f) | $4,823.26 |
| 5880532 | Integrity Express, LLC<br>2510 Reeves Street<br>Dothan, AL 36303 | Donald Searcy<br>334/792-3344<br>334/792-3544 (f) | $800.00 |

| 5880533 | Kelworth Trucking Co, Inc.<br>P.O. Box 220<br>Poteau, OK 74953 | Rhonda Hughes<br>918/647-8212 | $13,355.91 |
|---|---|---|---|
| 5880532 | L Combs Trucking, Inc.<br>1385 Tar Ridge Road<br>Rogers, KY 41365 | John Hanick<br>Southern Cargo Factors, Inc.<br>2196 Sun Vue Drive, Ste 200<br>Florence, SC 29506-8314<br>843/667-8858<br>843/629-0323 (f) | $1,763.30 |
| | DLC Transport Inc.<br>627 Franklin Avenue<br>Steubenville, OH 43952 | Tina Doty<br>304/748-0273<br>304/748-0276(f) | $975.49 |
| 5880532 | Texas Freight Services Inc.<br>2700 Greens Road, F-300<br>Houston, TX 77032 | Bill Hasty<br>281/987-1000<br>281/987-2810 (f) | $350.00 |
| 5880532 | Collins Industries, Inc.<br>P.O. Box 617<br>527 Alabama Blvd.<br>Jackson, GA 30233 | Michael A. Collins<br>770/775-3000<br>770/775-3333 (f) | $2,040.00 |
| | Wayne Kelley Trucking, Inc.<br>P.O. Box 210<br>Alpena, AR 72611 | Lyla Dalager<br>870/437-5271<br>870/437-2254 (f) | $470.00 |
| 580532 | MAT II Transportation, Inc.<br>P.O. Box 492<br>Junction City, OR 97448 | Stephanie Huffman<br>541/998-8955<br>541/998-1544 (f) | $3,236.00 |
| | Bieri Trucking Inc.<br>16571 US Hwy 61<br>Letts, IA 52764 | Jackie Janowski<br>800/546-2133<br>319/729-5714 (f) | $420.96 |
| | Lock Trucking<br>1003 16th Street<br>Wheatland, Wyoming 82201 | Norman Lock<br>307/322-2640<br>307/322-2646(f) | $434.60 |
| 5880532 | JDT Trucking<br>14152 Boothtown Rd<br>Citronella, AL 36522<br>334/866-9163 | Contact: Riviera Finance<br>Patty Howley<br>P.O. Box 879<br>Plainsboro, NJ 08536<br>609-275-9558/800-292-2640<br>609/631-7822(f) | $2,014.00 |

| | | | |
|---|---|---|---|
| | Leavitt's Freight Service<br>3855 Marcola Road<br>Springfield, OR 97477 | Terry Leavitt<br>541/747-4236<br>800/935-4236<br>541/747-1456(f) | $3227.00 |
| 5880532 | E A Holder, Inc.<br>P.O. Box 69<br>Kennedale, TX 76060<br>Hellon Reid, Credit Manager<br>800/256-2384 | Carmen Jimenez<br>Compunet Credit Services,<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x202<br>520/680-4382 (f) | $649.00 |
| | Senske Logistics<br>P.O. Box 13022<br>Grand Forks, ND 48208 | 701/772-7168<br>701/775-3391(f) | $2,332.00 |
| | Senske Logistics<br>P.O. Box 13022<br>Grand Forks, ND 48208 | 701/772-7168<br>701/775-3391(f) | $2,193.00 |
| 5880532 | M S S Transport, Inc.<br>200 East Avenue B<br>Salina, KS 67401-8959<br>Attn.: Karin Roland<br>785/825-7291 | Carmen Jimenez<br>Compunet Credit Services,<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $3,696.00 |
| 5880532 | Cuddeback Trucking<br>12024 Woodwide Ave.<br>Lakeside, CA 92040<br>Attn.: Catherine Mays<br>619/561-1155 | Suzy Quintana<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449<br>520/680-4382 (f) | $2,300.00 |

| ECK MILLER | | | |
|---|---|---|---|
| **Bond No.** | **Claimant** | **Contact** | **Claim Amount** |
| 5880522 | Noble & Pitts, Inc.<br>Scottsboro, AL | Andrea Martin<br>TransCredit, Inc.<br>101 Century 21 Dr., Ste 107<br>Jacksonville, FL 32216<br>804/725-8239<br>804/725-1941 (f) | $544.00 |
| | East West Motor Express<br>11740 JB Drive<br>Black Hawk, SD 57718 | Annette Fritz<br>605/787-6736<br>800/843-9186<br>605/787-5632 (f) | $800.00 |
| 5880522 | J.W. Trucking<br>2307 W. Seventh St<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Susan Lewis<br>316/342-1080<br>312/342-1464 (f) | $1,289.59 |
| | Heding Truck Services<br>P.O. Box 97<br>Union Center, WI 53952 | Heidi Weber<br>608/462-8441<br>608/462-5096(f) | $578.00 |
| 5880522 | JRC Transportation, Inc.<br>47 Mfaple Avenue<br>P.O. Box 366<br>Thomaston, CT 06787 | Kathy A. Berg<br>860/283-0207 x 223<br>860/283-6053 (f) | $5473.00 |
| 5880522 | CPS Trucking, Inc.<br>221 Crane Mill Rd<br>Alto, GA 30510 | Sherry Lomax<br>706/778-1755<br>706/776-2706 | $4,840.00 |
| 5880522 | Alpine Transportation, Inc.<br>8614 N.E. 55th Ave, Bldg C<br>Vancouver, WA 98665 | Lisa A. Lathrop<br>360/546-0650<br>360/546-0651 (f) | $3,300.00 |
| 5880522 | Integrity Express, LLC<br>2510 Reeves St.<br>Dothan, AL 36303 | Donald Searcy<br>334/792-3344<br>334/792-3544 (f) | $1,105.44 |
| 5880522 | Hunt Transportation<br>10770 I Street<br>Omaha, NE 68127 | Mary E. Ruhe<br>800/228-9279<br>402/339-0789 (f) | $6,239.20 |

| | | | |
|---|---|---|---|
| | Morgan Van Lines, Inc.<br>P.O. Box 419<br>Booneville, MS 38829 | 662/728-2220 | $2,100.00 |
| 5880522 | Winjean Trucking Co., Inc.<br>Rte. 2, Box 711<br>Summerville, WV 26651 | Betty McHenry<br>304/872-4725<br>304/872-4749(f) | $605.00 |
| 5880522 | JW Trucking<br>2307 W. Seventh St.<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Doreen Waechter<br>800/835-0260<br>316/342-1464(f) | $312.00 |
| 5880522 | JW Trucking<br>2307 W. Seventh St.<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Doreen Waechter<br>800/835-0260<br>316/342-1464(f) | $977.59 |
| | Hedrick Trucking, Inc.<br>3424 Long Prairie Road<br>Valley, WA 99181 | Steve Hedrick<br>509/937-2555<br>509/937-2560(f) | $1150.00 |
| 5880522 | Ellis LLC<br>P.O. Box 488<br>Bardstown, KY 40004 | 502/348-5722<br>502/348-3028 | $2,142.64 |
| 5880522 | Piqua Transfer & Storage<br>Company<br>9782 Looney Road<br>P.O. Box 823<br>Piqua, OH 45356 | Damita J. Hoblit<br>937/773-3743<br>937/773-8769 | $992.20 |
| 5880522 | Double O, Inc.<br>Attn.: Sheila Lewis<br>15899 280th Avenue<br>Columbus, NE 68601<br>402/562-4060 | Suzy Quintana<br>Bond Specialist<br>Computnet<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449 x 248<br>520/680-4382 (f) | $1,600.80 |
| 5880522 | R A A Trans, Inc.<br>Attn: Dennis Lancaster<br>30 Shore Road<br>Lyman, NE 04002<br>207/499-7550 | Carmen Jimenez<br>Bond Specialist<br>Compunet<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449 x. 202<br>520/680-4382 (f) | $500.00 |

| | | | |
|---|---|---|---|
| | Laredo Trucking Inc.<br>611 Bloomfield<br>Jackson, MI 49203 | 517/787-3316<br>517/787-1229 (f) | $1000.00 |
| 5880522 | Gardner Transportation, Inc.<br>P.O. Box 5458<br>Lake Station, IN 46405 | Jamie Setnor<br>219/939-2320<br>219/939-2326(f) | $531.20 |
| 5880522 | Michael Styers Trucking Inc.<br>P.O. Box 144<br>Frenchville, PA 16836 | Rebecca Rougeux<br>814/263-7120<br>814/263-7206 (f) | $500.00 |
| 5880522 | R.E. Garrison Trucking, Inc.<br>P.O. Box 890<br>Gullman, AL 35056 | Wyles Griffith<br>256/734-1470<br>256/737-9268(f) | $1,399.44 |
| 5880522 | Pach Trucking Inc.<br>306 24th St<br>Union City, NJ 07087<br>201/867-6998<br>201/867-6822(f) | Andrea Martin<br>Director of Collections<br>TransCredit Inc.<br>101 Century 21 Dr., Ste. 107<br>Jacksonville, FL 32216<br>804/725-2238<br>804/725-1941(f) | $2,950.00 |
| | Engles Trucking Services,<br>Inc.<br>803 Atlantic Avenue<br>Franklin, PA 16323 | 814/437-2499 | $400.00 |
| | Ellis Steel Company, Inc.<br>P.O Box 816<br>West Point, MS 39773 | Jimmy Wood<br>601/494-5955 | $1,026.65 |

| Advanced Distribution Systems, Inc. | | | |
|---|---|---|---|
| **Claim No.** | **Claimant** | | **Amount** |
| 588025 | J.W. Trucking<br>2307 W. Seventh St<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Susan Lewis<br>316/342-1080<br>312/342-1464 (f) | $788.04 |
| | J.W. Trucking<br>2307 W. Seventh St<br>P.O. Box 2123<br>Emporia, Kansas 66801 | Susan Lewis<br>316/342-1080<br>312/342-1464 (f) | $813.04 |
| | Load-N-Go Trucking, Inc.<br>19724 Stratford Lane<br>Mt. Vernon, IL 62864 | Mary<br>618/755-4445<br>618/755-4570 | $610.00 |
| 5880525 | Carlen Transport<br>81 Mecaw Road<br>Bangor, Maine 04401 | Carol Peters<br>207/990-4507<br>207/945-5742(f) | $5,630.77 |
| 5880525 | Lynn Dollins Trucking<br>9031 Miller Road, No.2<br>Houston, Texas 77049 | Lynn Dollins<br>281/456-2077<br>281/456-0275(f) | $3,854.50 |
| 5880525 | Ron Marquess, Inc<br>3593 FM 279<br>Ben Wheeler, TX 75754. | Michelle Jay<br>903/833-1033<br>903/833-5236 | $3,618.00 |
| 5880525 | Cresco Lines, Inc.<br>15220 S. Halsted Street<br>Harvey, IL 60426 | Marirose J. Germick<br>708/596-8310<br>800/323-4476 | $2,403.97 |
| 5880525 | WardLaw Trucking, Inc.<br>1025 Country View Road<br>Anderson, SC 29621 | Debbie Wardlaw<br>864/226-9094<br>864/226-8448(f) | $1,068.64 |
| 5880525 | Hot-Z<br>P.O. Box 1689<br>1412 Mill Race Drive<br>Salem, Virginia 24153 | Becki Holody<br>540/375-6501<br>540/375-6506 (f) | $1,360.00 |
| 5880525 | Clayborn Trucking Co.<br>1600 North 4th<br>Fort Smith, AR 72901 | Cindy Tune<br>501/785-1030<br>501/785-0900 (f) | $250.00 |

| 5880525 | Tumbleweed, Inc.<br>P.O. Box 821821<br>Vicksburg, MS 39182-1821 | Vicki Tedder<br>800/844-1387 | $450.00 |
|---|---|---|---|
| 5880525 | Cresco Lines, Inc.<br>15220 S. Halsted Street<br>Harvey, IL 60426 | Marirose J. Germick<br>708/596-8310<br>800/323-4476<br>708/596-9759 (f) | $1,200.00 |
| 5880525 | H & M Trucking<br>HC01 Box 687A<br>Goodrich, TX 77335<br>936/967-0077 | Delores Dunn<br>RTS Financial Service<br>8360 Halsey<br>Lenexa, Kansas 66215<br>800/860-7926<br>913/492-1998(f) | $2,152.50 |
| | C&J Transportation<br>5195 East River Road<br>Mt. Pleasant, MI 48858 | Kami Williams<br>517/772-2101<br>517/773-1673(f) | $1,025.00 |
| 5880525 | Caveman Trucking, Inc.<br>24704 I-45 N., Suite 106<br>The Woodlands, TX 77386 | John Hill<br>877/219-3301<br>281/367-6629(f) | $600.00 |
| 5880525 | Mitchell Bros. Truck Line Inc.<br>600 S.E. Maritime Avenue<br>#100 Bldg. #3<br>Vancouver, WA 98661 | Betty J. Cooke<br>360/693-7477<br>800/228-4702<br>360/750-7597(f) | $7,780.00 |
| 5880525 | TCB Express Wagon Loaders | James W. Harris, Esq.<br>P.O. Box 185<br>6878 N. U.S. Hwy 61<br>Blytheville, AR 72315<br>870/762-6900<br>870/762-2623(f) | $575.00 |
| 5880525 | International Freight Systems<br>6875 Middlebelt Road<br>Romulus, MI 48174 | | $1,771.90 |
| | James Gang<br>P.O. Box 3592<br>Springfield, MO 65806 | 417/865-1493<br>417/865-1440(f) | $1,279.68 |
| | Becker Aggregate Trucking<br>P.O. Box 249<br>Pierz, MN 56364 | Gordon Becker<br>320/468-2843<br>320/468-0250(f) | $352.60 |

| | | | |
|---|---|---|---|
| | Lock Trucking, Inc.<br>1003 16th Street<br>Wheatland, WY 82201 | Norman Locke<br>307/322-2640<br>307/322-2646(f) | $450.00 |
| | G&R Transport, Inc.<br>4703 Lilac Avenue<br>Wausau, WI 54401 | Kristine F. Leggett<br>715/359-0458<br>800/826-1446<br>715/355-4829 | $894.40 |
| 5880525 | Winjean Trucking<br>Rte. 2, Box 711<br>Summerville, WV 26651 | Betty McHenry<br>304/872-4725<br>304/872-4749(f) | $634.26 |
| 5880525 | Robinson Express, Inc.<br>P.O. Box 492<br>Hazelwood, MO 63042 | Linda Sproat<br>314/921-5462<br>314/921-0787 (f) | $357.00 |
| 5880525 | J R P Transportation, Inc.<br>Services, Inc.<br>Attn.: Ray Peters<br>P.O. Box 79410<br>Fort Worth, TX 76179-0410<br>817/498-6181 | Suzy Quintana<br>Bond Specialist<br>Compunet<br>P.O. Box 710<br>Lake Havasu City, AZ 86506<br>800/872-3748<br>520/680-9449 x248<br>520/680-4382 (f) | $1,655.26 |
| 5880525 | Senn Freight Lines, Inc.<br>P.O. Box 1191<br>Newberry, SC 29108 | Candace Bouknight<br>803/321-1611<br>803/321-1887 | $650.00 |
| 5880525 | Tumbleweed, Inc.<br>P.O. Box 821821<br>Vicksburg, MS 39182-1821 | Vicki Tedder<br>800/844-1387<br>601/634-8008 (f) | $450.00 |
| 5880525 | RSD Transportation, Inc.<br>601 Old River Road<br>White River JCT, VT 05001<br>Bruce Eld<br>802/295-7743 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-9449<br>520/680-4382(f) | $532.00 |
| 5880525 | Yowell International<br>1 Air Cargo Place, #3<br>Melbourne, FL 32901<br>Holly Stahl, Acct. Manager<br>321/725-3611 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>520/680-9449 x 202<br>520/680-4382 (f) | $1,428.00 |

| | | | |
|---|---|---|---|
| 5880525 | Devall Trucking, Inc.<br>P.O. Box 848<br>Grand Island, NE | Sheree Haase<br>308/395-8559<br>308/395-8573(f) | $608.88 |
| 5880525 | Senn Freight Lines, Inc.<br>P.O. Box 1191<br>Newberry, SC 29108 | Candace Bouknight<br>803/321-1611 | $650.00 |
| | Warren Hauling, Inc.<br>905 N. Church<br>Atkins, AR 72823<br>501/641-1968<br>501/641-8870(f) | Sonia Lucas<br>Exchange Capital Corp.<br>P.O. Box 56020<br>Little Rock, AR 72215<br>501/227-8148<br>501/227-4502(f) | $760.00 |
| | Mhart Express Inc.<br>315 Washington Street<br>PO Box 192<br>Hope, IN 47246-0192 | Kathy Sanders<br>812/546-5010<br>800/457-7441<br>812/546-0404(f) | $423.68 |
| | Rhino Express Delivery<br>1901 E. 29th Street<br>Chattanooga, TN 37407 | Derek Belk<br>423/624-8416<br>423/629-7585(f) | $773.94 |
| 5880525 | Da Ran, Inc.<br>PO Box 134<br>Zimmerman, MN 55398<br>Julie Bolling<br>763/856-4000 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $376.00 |
| 5880525 | Equity Trucking Company<br>10315 Sheldon Road<br>Houston, TX 77049<br>Debbie Forman<br>800/558-8464 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City,AZ 86405<br>800/872-3748<br>520/680-9449(f) | $3,137.47 |
| 5880525 | Flavian Veik Trucking, Inc.<br>PO Box 157<br>Humphrey, NE 68642<br>Monica Veik<br>402/923-9267 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City,AZ 86405<br>800/872-3748<br>520/680-4382(f) | $812.00 |
| 5880525 | Aero Transporters, Inc.<br>P.O. Box 551<br>Ellenville, NY 12428-0551 | Allison<br>845/647-7500<br>845/647-7549 (f) | $734.00 |

| | | | |
|---|---|---|---|
| . | Ted Olson Enterprises, Inc.<br>P.O. Box 517<br>Atkinson, NE 68713 | Dan Ryan<br>402/842-4220 | $378.40 |
| 5880525 | Doak Transport Inc.<br>P.O. Box 15087<br>Las Cruces, MN 88004 | Scott E. Christianson<br>505/526-3188<br>505/523-4945 | $25,710.00 |
| | Brandon Express, Inc.<br>9478 N. Platt Road<br>Milan, MI 48160 | Dawn Poole<br>734/429-0479<br>734/429-0879(f) | $1,010.09 |
| | B-Right Trucking Company<br>492 McClurg Rd<br>Youngstown, OH 44512 | Rebecca Lang<br>800/772-9280<br>330/758-8323 | $9,263.57 |
| 5880525 | Standard Corporation<br>Integrated Logistics<br>140 Access Road<br>P.O. Box 280<br>Gaton, SC 29053 | Bobby Rosebrock<br>803/794-0011 | $321.10 |
| 5880525 | D & N Truck Lines, Inc.<br>708 Carvell Road<br>Chapman, ME 04757<br>Kenny McCallum, Pres. | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382 (f) | $396.00 |
| 5880525 | Stagecoach Express, Inc.<br>1311 Canton Street<br>Prescott, WI 54021<br>Attn.: Mary Paul<br>715/262-4002 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $701.92 |
| 5880525 | J.R. Christoni Inc.<br>P.O. Box 947<br>Wallingford, CT 06492 | Kathryn Catino<br>203/265-0921<br>203/265-7582 | $752.00 |

| INET LOGISTICS, INC | | | |
|---|---|---|---|
| Claim No. | Claimant | Contact | Amount |
| 5880523 | Integrity Express, LLC<br>2510 Reeves Street<br>Dothan, AL 36303 | Donald Searcy<br>334/792-3344<br>334/792-3544(f) | $2,095.00 |
| | East West Motor Express<br>11740 JB Drive<br>Black Hawk, SD 57718 | 605/787-6736<br>605/787-6734 (f) | $1,430.00 |
| 5880523 | Townsend AG Transport<br>P.O. Box 265<br>929 Road 7<br>Cowley, WY 82420 | Cherie Stauffer<br>800/548-0456<br>307/548-7813<br>307/548-2728(f) | $750.00 |
| | Express Air Cargo<br>1325 N. Jesse James Rd.<br>Excelsior Springs, MO<br>64024 | Jerry Buckallew<br>816/586-2309<br>816/586-2418 (f) | $4,150.00 |
| | DJS Trucking Express Inc.<br>22544 S. mcCabe Road<br>Pickford, MI 49774 | David Kamper<br>906/647-3011<br>906/647-5208 (f) | $400.00 |
| 5880523 | Northern Tier Transport, Inc.<br>P.O. Box 7289<br>North Brunswick, NJ<br>08902 | Patricia Pinizzotto<br>732/422-1833<br>732/249-6868 (f) | $1,785.00 |
| 5880523 | Kennebec Valley Transport,<br>Inc.<br>HCR 71 Box 58<br>Skowhegan, ME 04976 | Paul Marshall<br>207/474-3418<br>207/858-0189 | $2350.00 |
| | Rob Smith Transporting, Inc.<br>9360 S. Call Road<br>McBain, MI 49657 | | $600.00 |
| 5880523 | Trand Inc.<br>P.O. Box 8606<br>Pratt Industrial Park<br>Pratt, KS 67124 | Dana Yarbrough<br>316/672-9495<br>316/672-2322 | $1,300 |

| 5880523 | Lowrey Transportation, LLC<br>P.O. Box 8267<br>Pueblo, CO 81008 | Daniel E. Lowrey<br>800/962-3652<br>719/595-1590(f) | $871.00 |
|---|---|---|---|
| 5880523 | Kaiser Transport, Inc.<br>P.O. Box 468<br>Janesville, WI 53547 | Robert Bahm<br>608/752-7271<br>608/758-9153 | $1,670.00 |
| | Candles Trucking<br>P.O. Box 1336<br>488 Rainbow Court<br>Seeley Lake, MT 59868 | 406/677-5001<br>406/677-5004 (f) | $2,700.00 |
| | Larry Fowler Trucking Inc.<br>1499 Hwy 82-Bypass West<br>Magnolia, AR 71753 | 870/234-3094<br>870/234-6815(f) | $2,350.00 |
| | Express Air Cargo<br>1325 N. Jesse James Road<br>Excelsior Springs, MO 64024 | 816/878-5322<br>816/586-2418 (f) | $1,900.00 |
| | Rhino Transport U.S.A., Inc.<br>26 N. Main Street<br>St-Albans, VT 05478 | 802/524-3877<br>802/524-3848 (f) | $2,350.00 |
| 5880523 | Vosotros, Inc. d/b/a<br>Millenium Transport &<br>Management<br>3906 E. 37th Street<br>Odessa, TX 79762 | Simon R. Gomez<br>915/367-0208<br>915/367-0292(f) | $700.00 |
| 5880523 | Doak Transport Inc.<br>P.O. Box 15087<br>Las Cruces, NM 88004 | Scott E. Christianson<br>505/526-3188<br>505/523-4945(f) | $650.00 |
| 5880523 | Corwyn Transport, Ltd.<br>2067 James Street<br>Mosinee, WI 54455<br>Joan Nelson, VP | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ 86045<br>520/680-9449 x202<br>520/680-4382 (f) | $450.00 |

| | | | |
|---|---|---|---|
| 5880523 | Meteor Express, Inc.<br>P.O. Box 157<br>Scottsboro, AL 35768<br>George Jones, President<br>256/218-3000 | Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ<br>86405<br>520/680/9449 x202<br>520/680-4382 (f) | $1,500.00 |
| 5880523 | Coomes, Inc.<br>RR 3 Box 35A<br>Phillipsburg, KS 67661<br>Rick Coomes, Owner<br>785/543-2759 | Carmen Jimenez<br>Compunet Credit Services<br>P.O. Box 710<br>Lake Havasu City, AZ<br>86405<br>520/680-9449 x 202<br>520/680-4382 | $1,955.00 |
| | Warren Hauling, Inc.<br>905 N. Church Street<br>Atkins, AR 72823<br>501/641-1968<br>501/641-8870 | Assigned to<br>Exchange Capital<br>Corporation<br>P.O. Box 56020<br>Little Rock, AR 72215 | $400.00 |
| 5880523 | Devall Trucking, Inc.<br>P.O. Box 848<br>Grand Island, NE | Sheree Haase<br>308/395-8559<br>308/395-8573(f) | $500.00 |
| | Vogel Trucking, Inc.<br>444 W. Troy<br>Indianapolis, IN 46225 | 800/222-4763<br>317/786-6989(f) | $300.00 |
| | Miller & Son Trucking<br>P.O. Box 698<br>Moriarty, NM 87035-0698 | Mary Jo Wallen<br>505/832-6783<br>505/832-6023 (f) | $1000.00 |
| | DeBoer Transportation, Inc.<br>Box 145<br>Blenker, WI 54415 | James Walloch<br>715/652-2911<br>800/333-1016<br>715/652-3702(f) | $1,069.00 |
| 5880523 | Wayne Kelley Trucking, Inc.<br>PO Box 210<br>Alpena, AR 72611-0210<br>Wayne Kelley<br>870/437-5271 | Carmen Jimenez<br>Compunet Credit Services<br>PO Box 710<br>Lake Havasu City,AZ 86405<br>800/872-3748<br>520/680-4382(f) | $1,710.00 |

| 5880523 | Gulick Trucking, Inc.<br>PO Box 10383<br>Portland, OR 97210<br>Bill Gulick, President<br>360/699-0999 | Carmen Jimenez<br>Compunet Credit Services,<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $1,245.00 |
|---|---|---|---|
| 5880523 | TMT Trucking/Mile Hi<br>Frozen Foods Co.<br>4770 East 51st Avenue<br>Denver, CO 80216 | Jan Hensrud<br>303/399-6066 x828<br>303/355-0238 (f) | $400.00 |
|  | TR Trucking, Inc.<br>712 Ford Street<br>Aztec, NM 87410 | Lori McCabe<br>505/334-8572<br>505/334-8572 (f) | $625.00 |
| 5880523 | Daws, Inc.<br>758 280th Unit 10<br>Milford, NE 68405<br>Attn.: Sheila Burroughs<br>800/372-4801 | Carmen Jimenez<br>Compunet Credit Services,<br>PO Box 710<br>Lake Havasu City, AZ 86405<br>800/872-3748<br>520/680-4382(f) | $3,400.00 |
|  | Sudbury Transportation, Inc.<br>7003 Mainsgate Road<br>Wichita, KS 67226 | Joy Dickinson<br>800/795-5546<br>316/682-1666 | $1,135.00 |
|  | Ken Compton Jr. Trucking,<br>Inc.<br>29745 E. Ondossagon Road<br>Ashland, WI 54806 | Sylvia<br>715/682-6539<br>715/682-3683(f) | $275.00 |
|  | Hayes Transport<br>P.O. Box 930279<br>Verona, WI 53593 | Vicki L. Hayes<br>Executive Assistant<br>608/845-8468<br>608/845-7181(f) | $700.00 |
| 5880523 | Janie B. Transportation, Inc.<br>1540 N. W. Loop 286<br>Paris, TX 75460 | Joe Ella Dayton<br>903/785-1431<br>903/785-4941 (f) | $1,025.00 |
| 5880523 | Redline Logistics<br>5601 Fortune Circle S Dr.<br>Suite R<br>Indianapolis, IN 46241 | Steve Hipsky<br>317/227-2900<br>888/327-5601<br>317/227-2910 (f) | $1,100.00 |

| Road Runner Distribution Services, Inc. | | | |
|---|---|---|---|
| | K&K Trucking<br>410 S. 4th Street<br>Youngwood, PA 15697 | Annabelle Klinchock<br>724/925-3955<br>724/925-2123 (f) | $16,170.00 |

(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein n̲ither replace nor supplement the filing and service of pleadings or oth̲ers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Cl̲ Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Safeco Insurance Company

**JUDGE KOCORAS**

MAGISTRATE JUDGE BOBRICK

## DEFENDANTS

Cresco Lines, Inc., Wardlaw Trucking, Inc., Dan Easley Trucking, Transport RPM, INc., Tumbleweed of Vicksburg, Inc., Mitchell Bors. Truck Line, Inc. Dale Farrier Trucking, LLC, et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

DOCKETED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
T. Scott Leo/John E. Sebastian
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL  60602
312/857-0910

ATTORNEYS (IF KNOWN)

**01C 4192**

JUN 6 2000

JUN - 5  FILED

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Federal Interpleader statute - 28 USCA § 1335

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability

### REAL PROPERTY

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury — Med Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS

☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

### FORFEITURE/PENALTY

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES

☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

## VIII. REMARKS

General Rule 2.21D(2)

In response to ☐ is not a refiling of a previously dismissed action
this case ☐ is a refiling of case number _____ of Judge _____

DATE  6/5/01

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

1 - 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*JUDGE KOCORAS*

In the Matter of
SAFECO INSURANCE COMPANY,
a Washington Corporation,

Plaintiffs,

v.

CRESCO LINES, INC., an Illinois Corporation, et al.
Defendants.

Case Number: 01C 4192

*MAGISTRATE JUDGE BOBRICK*

DOCKETED

JUN 6 - 2001

FILED 6-5-01 JUN -5 AM 11 55 U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

SAFECO INSURANCE COMPANY

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>T. Scott Leo | NAME<br>Michael J. Weber |
| FIRM<br>THE LAW OFFICES OF LEO & WEBER | FIRM<br>THE LAW OFFICES OF LEO & WEBER |
| STREET ADDRESS<br>One N. LaSalle Street, Suite 3600 | STREET ADDRESS<br>20 South Clark Street, 29th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | CITY/STATE/ZIP<br>Chicago, Illinois 60603-1807 |
| TELEPHONE NUMBER<br>(312) 857-0910 | TELEPHONE NUMBER<br>(312) 857-0910 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>03127352 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>06186285 |
| MEMBER OF TRIAL BAR?  YES X  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO X |
| TRIAL ATTORNEY?  YES X  NO ☐ | TRIAL ATTORNEY?  YES X  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO X |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>John E. Sebastian | NAME |
| FIRM<br>THE LAW OFFICES OF LEO & WEBER | FIRM |
| STREET ADDRESS<br>20 South Clark Street, 29th Floor | STREET ADDRESS |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER<br>(312)857-0910 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>06230240 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO X | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO X | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO X | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**

1-3